IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASSAN WATKINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRANDON GOULD | : | NO. 14-2502 |

## ORDER

**AND NOW**, this 18th day of December, 2014, upon consideration of Defendant Brandon Gould's Motion for Summary Judgment (Docket No. 14), and all documents filed in connection therewith, and after hearing argument on the Motion on November 19, 2014, for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.